# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA                                       PLAINTIFF

v.                    Case No. 4:17-cr-00113-08 KGB

BRIAN LAMONT HIGGINS                                       DEFENDANT

## ORDER

Defendant Brian Lamont Higgins has filed a second *pro se* motion for compassionate release (Dkt. No. 486). The government responded to the second *pro se* motion for compassionate release, and Mr. Higgins replied to the response (Dkt. Nos. 491; 492). On July 26, 2021, the government filed a status report regarding defendant's second *pro se* motion for compassionate release in which it urged the Court to deny as moot Mr. Higgins's second *pro se* motion for compassionate release because the Bureau of Prisons ("BOP") released Mr. Higgins to home confinement on July 1, 2021. Mr. Higgins has not responded to the notice. The Court denies as moot Mr. Higgins's second *pro se* motion for compassionate release (Dkt. No. 486).

It is so ordered this 14th day of December, 2021.

*[signature: Kristine G. Baker]*
Kristine G. Baker
United States District Judge